# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULEEN MARIC GOMEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:23-cv-00784-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION<br><br>(ECF No. 2)<br><br>**DEADLINE: JUNE 23, 2023** |

　　　　Plaintiff Juleen Maric Gomez filed a complaint on May 22, 2023, challenging a final decision of the Commissioner of Social Security denying an application for disability benefits. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) However, the Court cannot determine from the information provided in the application if Plaintiff is entitled to proceed in this action without prepayment of fees.

　　　　For example, Plaintiff indicates at the first part of question three that she does not receive any income from "any other sources," but in the second part of the same question, which requires the claimant to "describe … each source of money and state the amount that you received and what you expect to receive in the future," Plaintiff identifies sources of income,

but does not provide an amount or list what she expects to receive in the future. (See ECF No. 2 at 1.) Similarly, question 8 requires the claimant to both identify any debts or financial obligations and describe the amounts owed and to whom they are payable, but Plaintiff does not provide a description or identify the amounts owed on the debts she identifies. (See id. at 2.)

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is DENIED without prejudice;

2. The Clerk of the Court is directed to forward an *in forma pauperis* application (Long Form) to Plaintiff;

3. Not later than **June 23, 2023**, Plaintiff shall either (1) pay the $402.00 filing fee for this action, or (2) file a long form application to proceed *in forma pauperis* without prepayment of the fee; and

4. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **May 24, 2023**

UNITED STATES MAGISTRATE JUDGE