# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULEEN MARIC GOMEZ,<br><br>           Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant. | Case No.  1:23-cv-00784-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO ISSUE SUMMONS AND SERVE DEFENDANT UNDER E-SERVICE PROGRAM |

Plaintiff Juleen Maric Gomez ("Plaintiff") filed a complaint on May 22, 2023, challenging a final decision of the Commissioner of Social Security denying an application for disability benefits.  (ECF No. 1.)  Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 2.)  The Court denied Plaintiff's application without prejudice on May 24, 2023, and directed Plaintiff to either file a long form application or pay the filing fee.  (ECF No. 3.)  On June 20, 2023, Plaintiff paid the filing fee in this matter.

Therefore, the Court shall order that the complaint in this action be served, pursuant to paragraph 1 of the scheduling order to be issued in this action, which provides that service of the Defendant shall proceed under the Court's E-service program.

Accordingly, IT IS HEREBY ORDERED THAT:

1.      The Clerk of the Court is DIRECTED to issue a summons and new case

1 documents; and

2. The Clerk of the Court is DIRECTED to deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of this action along with the summons and complaint.

IT IS SO ORDERED.

Dated:   **June 21, 2023**

UNITED STATES MAGISTRATE JUDGE