# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULEEN MARIC GOMEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:23-cv-00784-ADA-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 13) |

On August 21, 2023, the Plaintiff submitted a stipulated motion for an extension of time to file Plaintiff's motion for summary judgment. (ECF No. 13.) The Court finds good cause to grant the extension of time of the deadline from August 21, 2023, to October 5, 2023.

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated motion to modify the schedule (ECF No. 13) is GRANTED;
2. Plaintiff shall have until **October 5, 2023**, to file the motion for summary judgment; and

///
///
///
///
///

1

3. All remaining deadlines as set forth in the scheduling order shall be modified accordingly.

IT IS SO ORDERED.

Dated: **August 22, 2023**

UNITED STATES MAGISTRATE JUDGE